UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN, NEW YORK 11201

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 16 2014 ★
3:17 PM · RV
BROOKLYN OFFICE

# CV 14-7448

SATURDAY DECEMBER 13, 2014

TO THE CLERK

JOHN COPELLO:

NEW SCOTLAND YARD

BROADWAY

LONDON, ENGLAND

FAX-011.44.207230.1271

Colonel MAURICE MAYNARD MEYERS

KINGS COUNTY HOSPITAL CENTER

451 CLARKSON AVENUE

R-BUILDING - 3 EAST - 3rd FLOOR

BROOKLYN, NEW YORK 1201

PHONE - 718-245-1220

VS

THE HEALTH AND HOSPITALS CORPORATION

125 WORTH STREET

NEW YORK, NEW YORK 10005

D/B/A

KINGS COUNTY HOSPITAL CENTER

451 CLARKSON AVENUE

BROOKLYN, NEW YORK 11203

PHONE - 718-245-3131

□ ORIGINAL

AMON, CH.J.

BLOOM, M.J.

CHIEF JUDGE
CAROL BAGLEY AMON
PRESIDING

MAGISTRATE JUDGE
LOIS BLOOM
PRESIDING

PLAINTIFF IS AN
SPECIAL AGENT OF THE
DRUG ENFORCEMENT
ADMINISTRATION
1970-SINCE

APPLICATION FOR
WRIT OF HABEAS CORPUS

PRO-SE APPLICATION

NO MONETARY
DAMAGES
SOUGHT

APPLICATION FOR INJUNCTION FOR MEDICATION WITNESS TESTIMONY

APPLICATION FOR WRIT OF HABEAS CORPUS - PRO-SE APPLICATION

On - or - about - 2 or 3 weeks ago - I was working over in Volunteer Ministry - (such close to the CALEDON ROAD - Beri) in MADDUCH. LAURA JEAN MAYNARD committed an criminal offence - An five Popantine offence 114A - 323 EAST 23rd Brooklyn, New York 11226-7008. She called - (911) AND said Psychiatric - The officer - on the 70th PCT. N.Y.P.D - Escorted my left to - Kings County Hospital Conter. I was admitted with no evidence - Presented in the Emergency Room. I had just was Discharged - After - Two weeks in B-RAIN Not Taking Any - Medicine or Medication. Now - with out Any - Incident Reports - Not Dr. Smith - I a Physician is Requesting - Medication - over. Objection - If - I should be illegal to Due this And Requesting - Criminal Charges. Re Presented in Court - Against it - Dr. Richard Kingham, M.G.M.

I heard talk of An Transfer - Requesting for Junction Against - Medication - over - Objection - Requesting for Junction - to Be Transferred

Requesting Court-order. Recease
the- Certificate of Appealing -Be Issued

IM Your Court- A.S.A.P.

Enclosed- Further- Request for. Court-order.
Exhibit. Enclosed

S/ Gy,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN, NEW YORK 11201

Copy New Scotland Yard
to: Blackmoor
London, England
011.44.207.230.1270

LETTER TO - CHIEF JEFF CALER B AMON

Note - please call - phone - 718 - 851 - 5541 - 70th PCT - N.Y.P.D. Sgt.

THE E.P.P. policy AS of this date - may not coincide - please verify

current procedure - and to your - opinion - issue an Fn Junction

Against - future E.R.P. for - colored service women patients, mens

by the N.Y.P.D./E.M.S. in New York City. in the future. And I like

my counselors for complete E.P.P. overhaul in New York City.

The current policy - does Not - protect - the civil rights - is

illegal and does not reflect - current - constitutional law.

Psychiatry is. Bullshit - I - Am - An - Medical Doctor

fix the public health service or federal government Draft

Call - And put on - Domicile next ten years - Build

the medical health system into the future. As well as

Research and development. New pharmaceuticals for Henry Sr. Gq

B.S. - M.D. - C.P.A. M.B.A      P. Agt. DEA

December —  —2014

PERMISSION — TO — PROCEED — IN — MEDICATION-OVER-OBJECTION

COURT-HEARING — FOR — MAURICE MAYMANS — AKA — (deceased MAURICE

MAYMANS MEYERS, — GIVEN TO - ATTORNEY LISA

① PLEASE ASK COURT-TO-SIGN-IN- (PLAINTIFF NOT TO BE Present in COURT OF THE MENTAL Hygiene LAW SERVICE INTO NEEDED REASON) JUDICIAL SUBPOENA

FOR- Ms. LISA ADAMS — ADMINISTRATOR — phone-718-245-8929

KINGS COUNTY HOSPITAL center — 451 CLARKSON AVENUE

R-BUILDING — BROOKLYN, New York 11203

IT-IS-UNDERSTOOD THAT-Ms. LISA ADAMS-WILL

PREPARE AN AFFIDAVIT — NOTARIZED STATEMENT-ABOUT

MAURICE MAYMANS — FROM-DOCKET NUMBER- 09CV1986

TO CURRENT-TODAY. (FIRST-PERMISSION INFO-R-THROUGH-TO-2009) SHE MUST BE WILLING TO TESTIFY

FOR COURT-USING (ABOUT THIS) AFFIDAVIT IN OPEN COURT TESTIMONY.

THAT-LEGAL COUNSEL-OBTAIN-—COPY-OF-U.S. DISTRICT

COURT-09CV1986 (E.D.N.Y) THROUGH-14CV5212-DOCKETS

AND PRESENT INTO COURT-EVIDENCE IN-COURT HEARING

IN-PART-77-MENTAL HEALTH ①

THAT — COUNSEL — OBTAIN — COPY OF APPEAL OF MEDICATION. OWN

OBJECTION. FROM THE APPELLATE DIVISION — New York STATE

SECOND DEPARTMENT — 45 MONROE PLACE, BROOKLYN, New York

CERTIFIED COPIES OF: 2014 - 08618 -       M. MAYLCANS

                                                                    VS

                                         Dr. ANDREA NORMAN

                                         KINGSBORO PSYCHIATRIC CENTER

                     AND

              : 2013 - 005 40    M. MAYLCANS

                                                    VS

                                      KINGS County HOSPITAL CENTER

                                      DEPARTMENT OF PSYCHIATRY

BOTH ARE — CURRENT — OPEN — LITIGATION — WITH — An — Application

FOR PERMANENT INJUNCTION AGAINST MEDICATION — OVER — OBJECTION

TO BE APPLIED BY THE SECOND DEPARTMENT — APPELLATE DIVISION — N.Y.S.

COUNSEL — WILL — SEEK An AFFIDAVIT FROM — Dr. ANDREA NORMAN

DIRECTOR OF PSYCHIATRY — KINGSBORO PSYCHIATRIC CENTER

681 CLARKSON AVENUE, BROOKLYN, New York 11203. FOR

COURT. HEARING THROUGH An JUDICIAL SUBPOENA

                                    ②

COUNSEL IS TO OBTAIN COPY OF COURT-TRANSCRIPT

OF JUSTICE CARL LANDICINO - PART 77- PART- JUNE 25, 2013

OF 6

Dr. RICHARD KINYAMU - EXPERT-WITNESS TESTIMONY

HE TESTIFIED THAT HE NEEDED- 6 MONTHS TO TREAT

AN LEG INFECTION, THERE WAS NO LEG INFECTION

AND THE HOSPITAL USED THIS TIME TO ORGANIZE AN

ILLEGAL TRANSFER INTO KINGSBORO PSYCHIATRIC CENTER

THAT Dr. KINYAMU KNOW ALL ABOUT-PLEASE HAVE Dr. KINYAMU

PRODUCE-THE HOSPITAL RECORDS IN COURT-FOR-EXAMINATION

AND CROSS-EXAMINATION. THE HOSPITAL RECORDS-WERE NOT

INTRODUCED INTO-U.S. FEDERAL COURT HEARING-13cv1258

BECAUSE-THE CITY CAN USE-CLAIMED-THE RECORDS DID NOT EXIST.

TO-MAGISTRATE JUDGE LOIS BLOOM-U.S. DISTRICT COURT-E.D.N.Y.

DURING-TELEPHONE COURT-HEARING - 2013 - AN TELEVISION

IN AT- KINGSBORO PSYCHIATRIC CENTER-681 CLARKSON AVE, Blklyn NY 11203

③

COUNSEL- May Seek Court- Re-Testimony - From the Following
In Any - CERTIFIED REPORT.

① D.E.A - PHONE - 212 - 337 - 3900

② F.B.I - PHONE - 212 - 384 - 1000

③ U.S.C.G.I.S - PHONE - 212 - 668 - 2048

④ UNITED States Coast Guard - PHONE - 718 - 354 - 4119
CAPTAIN of Port -

⑤ O. S. I - U.S. Air Force - PHONE - 212 - 264 - 9200

PLEASE HAVE All AGency(s) - Present In Court - During Hearing
PLAINTIFF IS A MEMBer of & New Scotland Yard

BROADWAY
LONDON, ENGLAND
FAX - 011 - 44 - 202 230 - 1275

S/Gn,        DATE? _____

ATTORNEY - LISA _____                    S/Gn,

Colonel ____ ____ ____ ____
⑥                    323 EAST 23RD Street        New Hence
Brooklyn, New York 11226-1700

Kings County Supreme Court
360 Adams Street
Part-71 / Motion Hygiene
Brooklyn New York 11201

Judge Berman
Graham

Part-71
Motion
Hygiene

C dorea Maurice Matthew Megen
Kings County Hospital Center
451 Clarkson Avenue
R-BLDG / 3-EAST - System
Brooklyn, New York 11201
VS   Phone-718-245-1220

Application for
Court Hearing
for absentia

Residence Arrived
323 East 23rd St
Brooklyn New York
11220

Administrator
Kings County Hospital Center
451 Clarkson Avenue
R-BLDG
Brooklyn New York 11203
Phone-718-245-3131

Seeking - Court
Ordered Release
December-#, 2014
so attendance
to new case

PLANTIK HAS NO MEDICAL

Illness - is a Medical Doctor with
the United States Public Health Service
or soon to be-practice in New York
and Washington DC.

Godesman University Teaching Medicine
Dean Dr. John Madden-phone 202-612-3922

Motion to Be Released

PLAINTIFF - SEEKS - PERMANENT INJUNCTION OF

ANY FUTURE - E.R.P. By THE New York City Police Department

IN PARTICULAR THE 76th PCT - 323 EAST 2ND Street

Brooklyn, New York 11236 - AND THE 88th PCT - 564 CLASSON Ave

AVENUE - Brooklyn, New York 11217 THAT THERE ARE

THE TWO PRECINCTS - OF THE N.Y.P.D. THAT CARRY TEAM

MAYMAND IS - ENGAGED IN CIVIL RULE PSYCHIATRIC

COMPLIANCE - WITH HER CELL PHONE. THAT ANY FUTURE

ENGAGEMENT By THE N.Y.P.D. Be ADJUDICATED By AN

LIEUTENANT - FAMILIAR WITH THE PAST LITERATURE - REGARDING

CARRY TEAM INFORMATION. THAT THE PLAINTIFF LOOKS

THE ARREST AND PROSECUTION OF CARRY TEAM INFORMATION

BE GRANTING - APPROXIMATELY 50 CIVIL RULE PSYCHIATRIC

COMPLIANT - WITH NO REFERENCE TO MODIFYING CASE.

PLEASE ORDER COURT - ORDERED RELEASE IN

ABSENTIA -

SIGed

THURSDAY - DECEMBER 11, 2014

THAT - PLAINTIFF - Request - Requires - AND Requests

THE - Complete Fire Department / New York City Police PCT'S

INSPECTION - AND THAT THE N.Y.P.D. 70th PCT - I.C.O

CHANGE All - Door Locks - AND - Internal Security Cameras

AS Well As - Fire Department - Inspection - to - Correct All

F.D.N.Y. Violations - IN - 323 EAST 23rd Street

Brooklyn, New York 11226 Day

THAT The Property - Deeds - ARE MAINTAIN

With Power of Attorney - DATED February 14, 2002 - OR for

MAURICE MAXWELL - FACT - FOR - FACT CHRP Board of

STREET BARNABAS EPISCOPAL CHURCH FACT New York

Seeking - Court - ORDER for such

N.Y.P.D - 70th PCT - I.C.O -

PHONE 718-851-5746

ASK for I.C.O,

Brooklyn, N.Y. 11207

DLGT

MONDAY - DECEMBER 8, 2014

TO: THE SPEAKER OF THE HOUSE; CONGRESSMAN _____ ?. _____
ALSO - MR. CHARLES _____ _____ MARIO _____

FROM: CORONER MAURICE MAYNARD MEYER ESQUIRE

_The Arrest of Laura Jean Maynard_

Please have the JOINT-TASK FORCE in

New York City - Arrest and Hold - My Half

Sister - Laura Jean Maynard - I Believe

Her Father II - One of the Bosses in New York City /

New York State - Judge / State Senator - Frederick Meyer was

With I'm Maynard.

The Reason That - September 11, 2001 - Happen - the

Why It - Did - Is Because of Laura Jean Maynard

At 568 Washington Avenue, Brooklyn NY 11238

I Arrived - January 29, 2001 - Who - New York City.

On February 4, 2001 - Robert Richardson - Conducted

An Felony Assault - With My Handgun, Firearm

Saw; deal - HAND And Gun A Second - Assault

Occurring. Her There and Now Like My Boyfriend Richardson

*ORIGINAL COURTESY COPY* (handwritten)

At a Special Term Part 77 of the Supreme Court of the State of New York held in and for the County of Kings at the Courthouse at 360 Adams Street, Room 575, Brooklyn, New York, on the    day of DEC 1 2 2014 , 2014.

P R E S E N T :

HON. *Bernard J. Graham* (handwritten signature)

Justice

------------------------------X
IN THE MATTER OF APPLICATION
OF DR. RICHARD KINYAMU,
ACTING DIRECTOR OF ADULT INPATIENT
PSYCHIATRY, DEPARTMENT OF PSYCHIATRY,
KINGS COUNTY HOSPITAL CENTER,

                    Petitioner,

for an order authorizing the
medication of MAURICE MAYNARD,
a patient at said hospital.
------------------------------X

**ORDER TO SHOW CAUSE**
**MEDICATION OVER OBJECTION**

Mental Hygiene Unit

No. *301949/14* (handwritten)

Upon the petition of RICHARD KINYAMU, M.D. verified on the    day of DEC 1 1 2014 , 2014, the affirmation of HELEN SMITH, M.D., sworn to on the    day of DEC 1 1 2014    , 2014, and UPON ALL PAPERS AND PROCEEDINGS HAD HEREIN,

LET the Respondent, MAURICE MAYNARD, show cause at a Special Term Part 77 of the Court held at Kings County Supreme Court, 360 Adams, Street, Room 575, Brooklyn, NY, on the    day of DEC 1 6 2014 , 2014 at *930 am* (handwritten) o'clock in

the forenoon of day, or as soon thereafter as counsel can be heard, why an Order should not be entered therein authorizing the involuntary medication of MAURICE MAYNARD.

Sufficient reason appearing therefore, let service of a copy of this order, together with the papers upon which it was granted, be made upon the respondent, MAURICE MAYNARD, by personal delivery on or before the   day of   DEC 1 2 2014   , 2014, the Mental Hygiene Legal Service, his attorneys, by personal service on or before the   day of DEC 1 2 2014 2014, be deemed good and sufficient service.

This Order shall not survive the transfer of the patient to another psychiatric hospital.



E N T E R

J.S.C.

2

This Order to Show Cause is supported by:

Petition of RICHARD KINYAMU, M.D.

Affirmation of HELEN SMITH, M.D.


McALOON & FRIEDMAN, P.C.


By: _____
JEFFREY SANTOS, ESQ.
Attorneys for Petitioner
123 William Street
New York, New York 10038
Tel. No.: (212) 732-8700

3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------X
IN THE MATTER OF APPLICATION
OF DR. RICHARD KINYAMU,
ACTING DIRECTOR OF ADULT INPATIENT
PSYCHIATRY, DEPARTMENT OF PSYCHIATRY,
KINGS COUNTY HOSPITAL CENTER,

               Petitioner,                    **PETITION**

for an order authorizing the
medication of MAURICE MAYNARD,
a patient at said hospital.
------------------------------X
STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF KINGS     )

    DR. RICHARD KINYAMU affirms and says under penalty of perjury:

    1.   That I am licensed to practice medicine in the State of New York and that I am Board Eligible in Psychiatry.

    2.   That I am the Acting Director of Adult Inpatient Psychiatry, Department of Psychiatry, Kings County Hospital Center, located at 451 Clarkson Avenue, Brooklyn, New York 11203.

    3.   That upon information and belief, MAURICE MAYNARD is a sixty (60) year-old male who was admitted as a patient to the psychiatric ward of Kings County Hospital Center on December 5, 2014, and is currently on involuntary status.

4.   That I have examined the patient on December 10, 2014, pursuant to administrative review procedures provided for in 14 NYCRR 527.8.

5.   That upon information and belief, MAURICE MAYNARD resided at 323 East 23rd Street, Brooklyn, NY 11226, prior to his admission.  The patient has not provided any information as to his next of kin.

6.   That MAURICE MAYNARD suffers from Schizophrenia, Paranoid Type.

7.   That the patient has grandiose and paranoid delusions, disorganized, illogical thoughts and poor self-care. In my opinion, medication over objection is in the patient's best interests.

8.   That I explained the risks and benefits of medication to the patient and he has continued to refuse to take the medication.

9.   That MAURICE MAYNARD has exhausted his administrative remedies.   That the patient has refused medication on a sufficient number of occasions to materially affect his condition.

10.  That treatment with anti-psychotic and, if necessary, anticholinergic medication, would likely benefit MAURICE MAYNARD and result in remission of symptoms and permit evaluation and treatment.  The following medications are recommended:

(a) We wish to administer the anti-psychotic medication, Prolixin, starting with 5 mg PO or IM, up to a maximum of 40 mg PO or IM total per day, in divided doses, with the option to convert to Prolixin Decanoate, starting with 12.5 mg IM, up to a maximum of 50 mg IM every two (2) weeks.

11. The most common adverse side effects of an anti-psychotic medication are tardive dyskinesia, tardive dystonia, extrapyramidal symptoms, dry mouth, blurred vision and constipation. In the event that certain side effects present, we wish to prescribe the anticholinergic medicine, Cogentin, starting with 1 mg PO or IM, up to a maximum of 4 mg PO or IM total per day, in divided doses. Anticholinergic medicine ameliorates extrapyramidal symptoms, a possible side effect. The side effects as to each patient must be evaluated and a determination will be made as to whether to treat the side effects or to convert to another anti-psychotic medication.

12. That the recommended treatment herein is the optimal form of treatment. That there are no less invasive, intrusive treatments for MAURICE MAYNARD.

13. That the patient is unable to make a reasoned decision about undergoing the proposed treatment.

14. That MAURICE MAYNARD will require treatment with anti-psychotic and, if necessary, anticholinergic medication for the

duration of the respondent's involuntary commitment at the facility or 90 days, whichever is shorter.

15.  That no previous application for the relief requested herein has been made to this or any other Court for this admission.

WHEREFORE, I respectfully make this application to the Court as Acting Director of Adult Inpatient Psychiatry, Department of Psychiatry, at Kings County Hospital Center, for an Order authorizing the administration of:

(a)  The anti-psychotic medication, Prolixin, starting with 5 mg PO or IM, up to a maximum of 40 mg PO or IM total per day, in divided doses, with the option to convert to Prolixin Decanoate, starting with 12.5 mg IM, up to a maximum of 50 mg IM every two (2) weeks, and

(b)  Simultaneous treatment of extra-pyramidal symptoms, if exhibited, with the anticholinergic medication, Cogentin, starting with 1 mg PO or IM, up to a maximum of 4 mg PO or IM total per day, in divided doses, in doses needed to achieve maximum patient comfort,

upon the person of MAURICE MAYNARD, over his objection, for the duration of the respondent's involuntary commitment at the facility or 90 days, whichever is shorter.

_____
RICHARD KINYAMU, M.D.

Date: _____ 12/11/14 _____

6.   That the patient, on one hand, is extremely delusional and believes that he is a lawyer, among other professions, and, on the other hand, sometimes he is very clear in his thinking. The patient has a history of having a Bachelor's Degree and was enrolled at Howard University and while there he had his first psychotic episode.  The patient has had multiple hospitalizations, both in state and regular hospitals.  The patient was currently brought to the hospital due to disorganization and was occupying an unsafe home.  In my opinion, medication over objection, is in the patient's best interests.

7.   That I explained the risks and benefits of medication to the patient.  However, the patient continues to refuse to take the medication.  He has refused medication on a sufficient number of occasions to materially affect his condition.

8.   That treatment with anti-psychotic and, if necessary, anticholinergic medication, would likely benefit MAURICE MAYNARD and result in remission of symptoms and permit evaluation and treatment.  The following medications are recommended:

(a)   We wish to administer the anti-psychotic medication, Prolixin, starting with 5 mg PO or IM, up to a maximum of 40 mg PO or IM total per day, in divided doses, with the option to convert to Prolixin Decanoate, starting with 12.5 mg IM, up to a maximum of 50 mg IM every two (2) weeks.

2

14.   That no previous application for the relief requested herein has been made to this or any other Court for this admission.

WHEREFORE, your affirmant respectfully joins in the petition of DR. RICHARD KINYAMU in requesting that the Court authorize the administration of:

      (a)   The anti-psychotic medication, Prolixin, starting with 5 mg PO or IM, up to a maximum of 40 mg PO or IM total per day, in divided doses, with the option to convert to Prolixin Decanoate, starting with 12.5 mg IM, up to a maximum of 50 mg IM every two (2) weeks, and

      (b)   Simultaneous treatment of extra-pyramidal symptoms, if exhibited, with the anticholinergic medication, Cogentin, starting with 1 mg PO or IM, up to a maximum of 4 mg PO or IM total per day, in divided doses, in doses needed to achieve maximum patient comfort,

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------X
IN THE MATTER OF APPLICATION
OF DR. RICHARD KINYAMU,
ACTING DIRECTOR OF ADULT INPATIENT
PSYCHIATRY, DEPARTMENT OF PSYCHIATRY,
KINGS COUNTY HOSPITAL CENTER,

             Petitioner,                        **AFFIRMATION**

for an order authorizing the
medication of MAURICE MAYNARD,
a patient at said hospital.
------------------------------X
STATE OF NEW YORK   )
                     )  ss.:
COUNTY OF KINGS    )

     DR. HELEN SMITH affirms and says under penalty of perjury:

     1.    That I am licensed to practice medicine in the State of New York and that I am Board Eligible in Psychiatry.

     2.    That I am an Attending, Unit R-3 East, Department of Psychiatry, Kings County Hospital Center, located at 451 Clarkson Avenue, Brooklyn, New York 11203.

     3.    That upon information and belief, MAURICE MAYNARD is a sixty (60) year-old male who was admitted as a patient to the psychiatric ward of Kings County Hospital Center on December 5, 2014, and is currently on involuntary status.

     4.    That I have performed psychiatric evaluation upon MAURICE MAYNARD and have had occasions to observe him.

     5.    That MAURICE MAYNARD suffers from Schizophrenia, Paranoid Type.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------X
IN THE MATTER OF APPLICATION
OF DR. RICHARD KINYAMU,
ACTING DIRECTOR OF ADULT INPATIENT
PSYCHIATRY, DEPARTMENT OF PSYCHIATRY,
KINGS COUNTY HOSPITAL CENTER,

               Petitioner,              **PETITION**

for an order authorizing the
medication of MAURICE MAYNARD,
a patient at said hospital.
------------------------------X
STATE OF NEW YORK   )
                      )  ss.:
COUNTY OF KINGS     )

    DR. RICHARD KINYAMU affirms and says under penalty of perjury:

    1.   That I am licensed to practice medicine in the State of New York and that I am Board Eligible in Psychiatry.

    2.   That I am the Acting Director of Adult Inpatient Psychiatry, Department of Psychiatry, Kings County Hospital Center, located at 451 Clarkson Avenue, Brooklyn, New York 11203.

    3.   That upon information and belief, MAURICE MAYNARD is a sixty (60) year-old male who was admitted as a patient to the psychiatric ward of Kings County Hospital Center on December 5, 2014, and is currently on involuntary status.

(a) We wish to administer the anti-psychotic medication, Prolixin, starting with 5 mg PO or IM, up to a maximum of 40 mg PO or IM total per day, in divided doses, with the option to convert to Prolixin Decanoate, starting with 12.5 mg IM, up to a maximum of 50 mg IM every two (2) weeks.

11. The most common adverse side effects of an anti-psychotic medication are tardive dyskinesia, tardive dystonia, extrapyramidal symptoms, dry mouth, blurred vision and constipation. In the event that certain side effects present, we wish to prescribe the anticholinergic medicine, Cogentin, starting with 1 mg PO or IM, up to a maximum of 4 mg PO or IM total per day, in divided doses. Anticholinergic medicine ameliorates extrapyramidal symptoms, a possible side effect. The side effects as to each patient must be evaluated and a determination will be made as to whether to treat the side effects or to convert to another anti-psychotic medication.

12. That the recommended treatment herein is the optimal form of treatment. That there are no less invasive, intrusive treatments for MAURICE MAYNARD.

13. That the patient is unable to make a reasoned decision about undergoing the proposed treatment.

14. That MAURICE MAYNARD will require treatment with anti-psychotic and, if necessary, anticholinergic medication for the

3

upon the person of MAURICE MAYNARD, over his objection, for the duration of the respondent's involuntary commitment at the facility or 90 days, whichever is shorter.

RICHARD KINYAMU, M.D.

Date: 12/11/14