2nd Motion - December 22

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 23 2014 ★
BROOKLYN OFFICE

Colonel Patrice Mayman Meyer
Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, New York 11203
Phone - 718-245-1220

vs

Government

(1) New York City
(2) New York State
(3) United States of America
(4) ESAR.

Plaintiff now looks to Subpoena Management

$260 Billion Dollar Fine - Entire New York City Hospital Payment - from the U.S. Federal Government For - Failure to Provide - Adequate Health Care For New York City Residents.

Chief Judge
Carol Bagley Amon

Magistrate Judge
Lois Bloom

No Monetary
Judgment Sought

Application For
An Injunction to Stop
Government U.S. Treasure
Reimbursement For
Hospital Services To
New York City Cairo
Medicaid Program

Plaintiff - Stands
Pro Se Litigator

Pro-Bono Counsel
Co-Counsel

- THE HOSPITALS - PROVIDE THE SAME OR BETTER SERVICES TO NEW YORK
- RESIDENTS - WITHOUT CHARGING - MEDICAID.

PSYCHIATRIC MALPRACTICE - IN EVERY NEW YORK CITY HOSPITAL EXCEPT

MEDICAL MALPRACTICE - IN EVERY NEW YORK CITY HOSPITAL EXCEPT

THAT NEW YORK CITY HAS TO MANY HOSPITALS IN THE CITY OF BROOKLYN AND TO MANY HOSPITALS IN THE CITY OF NEW YORK

THAT AN MODEL CARE POLICY COMMITTEE BE CONVENED TO REFERENCE THE REDUCTION IN HOSPITAL CAPACITY IN THE CITY OF NEW YORK.

THAT THE LEVEL OF HOSPITAL CARE BE INCREASED WITHOUT THE AUTOMATIC PAYMENT OR MEDICAID PAYMENT TO HOSPITALS FOR HEALTH - CARE SERVICES.

TO SUBJECTS - BILLING TO MEDICAID OF EACH HOSPITAL IN NEW YORK C.

TO - SURGEON - HEALTH AND HUMAN SERVICES PERSONNEL - RECALL AND SEEK GUIDELINES PERTAINING TO FIND FACTS TO DETERMINE WHERE THE NEXT CIVIL LAWSUIT WILL COME.

