UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

December 15, 2014

Copies to:
NEW SCOTLAND YARD
BROADWAY
LONDON, ENGLAND
FAX-011-44-207-230-1208

Colonel MAURICE MAYNARD MEYERS
Kings County Hospital Center
451 Clarkson Avenue
R-Bldg 3-East
Brooklyn, New York 11203
Phone- 718-245-7220

VS

Mr. BERNARD GRAHAM
Kings County Supreme Court
360 Adams Street
Part-77 / Mental Hygiene Part
Brooklyn, New York 11201
Phone- 347-296-1263

JURY TRIAL DEMANDED

Application for Stay-Injunction for Part-77-Court Hearing-Until New York State Appellate Division Court-Hearing Adjudication on January 5, 2015 by Each Justice

No Monetary Damages Sought

Proper-Indigent Application Fee Waiver

Application Against - Part-77- Mental Hygiene Court-Hearing For Medication-Over-Objection Final Chance - One Way - If There is Not Another Court Hearing

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 19 2014 ★
3:10 PM · RV
BROOKLYN OFFICE

Plaintiff now comes to explain to the jury, that - Lisa, of the Mental Hygiene Legal Service - said "Justice Graham is going to have me medication - over objection - court hearing - if I am present or not present - even though - the appellate division stayed Defendants - Her - Motion to Issue - permanent Injunction against - medication - over - objection hearing on January 5-2015. That the plaintiff continues to receive illegal conduct by Justices in the Kings County Supreme Court.

Plaintiff request - permanent or temporary Injunction against Justice Bernard Graham court hearing next Tuesday Kings County Supreme Court. And want vacate the Appellate Division court hearing decision.

Please Issue Bernard Court Decision to stop court hearing next Tuesday.

SLG

HHC FORM 10-71 (MAR.73) REPLACES SR 437

**KINGS COUNTY HOSPITAL**
**451 CLARKSON AVENUE**
**BROOKLYN, NEW YORK 11203**

RETURN TO _Colonel McPhrice pulptytom preyer_

FIRST-CLASS MAIL
neopost
12/17/2014
US POSTAGE $000.48⁰
ZIP 11203
041L12202684

Pro Se Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Mickee Rabello

Requester: Rebuvatha
Bronius Coens ET 1664
Ecorea 2015
225 Cadman Plaza East
Brooklyn NY 11201